UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 5:20-cr-92-1 |
| | ) |
| LELAND MARTIN, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about May 20, 2020, in the District of Vermont, defendant LELAND MARTIN, in connection with his acquisition of two firearms from a licensed dealer, knowingly made a false and fictitious written statement on the ATF Form 4473 which was intended to and likely to deceive such dealer as to a fact material to the lawfulness of such sale, namely falsely representing that he was the actual transferee/buyer of the firearms.

(18 U.S.C. §§ 922(a)(6), 924(a)(2))

## COUNT TWO

On or about June 16, 2020, in the District of Vermont, defendant LELAND MARTIN, in connection with his attempted acquisition of two firearms from a licensed dealer, knowingly made a false and fictitious written statement on the ATF Form 4473 which was intended to and likely to deceive such dealer as to a fact material to the lawfulness of such sale, namely falsely representing that he was the actual transferee/buyer of the firearms.

(18 U.S.C. §§ 922(a)(6), 924(a)(2))

A TRUE BILL

███████████

FOREPERSON

_Christina E. Nolan_ (by JJB)
CHRISTINA E. NOLAN
United States Attorney
Burlington, Vermont
October 1, 2020